[No. 10951–1–I.   Division One.   February 6, 1984.]

*In the Matter of the Marriage of* SHIRLEY MOREAU, *Appellant, and* JOHN R. SPRY, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 55002, Byron L. Swedberg, J., entered October 12, 1981. *Affirmed* by unpublished opinion per Durham, C.J., concurred in by Corbett, J., and Johnsen, J. Pro Tem.

[No. 11754–8–I.   Division One.   February 6, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. LEITUFIA TUITOELAU, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–8–00224–2, Gary M. Little, J., entered April 15, 1982. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Williams and Andersen, JJ.

[No. 11850–1–I.   Division One.   February 6, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. BRADFORD CHARLES THORKELSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–00653–6, Horton Smith, J., entered July 6, 1982. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Durham, C.J., and Ringold, J.

[No. 11631–2–I.   Division One.   February 6, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY W. IVERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–03664–0, Robert E. Dixon, J., entered March 1, 1982. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson and Williams, JJ.